UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   PHILIP ANDREW STULPIN<br>   MICHELE MARIE STULPIN<br>                              Debtors | CASE NO: 06-31452<br>          (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4050451**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 17/ 25 | CITY OF DAYTON FINANCE DEPT<br>ATTN ACCT REC COLLECTIONS<br>101 WEST THIRD STREET<br>DAYTON, OH  45402 | 37.87 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/9/2010

Certificate of Service          06-31452

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

PHILIP ANDREW STULPIN
MICHELE MARIE STULPIN
64 WEST NORMAN AVE.
DAYTON, OH  45405

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(38.1n)
ALISON A GILL
655 COOPER RD
WESTERVILLE, OH  43081

(35.1n)
CITIFINANCIAL
BOX 140069
IRVING, TX  75014

(25.1)
CITY OF DAYTON FINANCE DEPT
ATTN ACCT REC COLLECTIONS
101 WEST THIRD STREET
DAYTON, OH  45402

(33.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(1029.1n)
JAMES G REA
BRICE VANDER LINDEN & WERNICK
9441 LBJ FREEWAY SUITE 350
DALLAS, TX  75243

(23.1n)
US DEPT OF EDUCATION
DIRECT LOAN SERVICING CENTER
BOX 5609
GREENVILLE, TX  75403

(1030.1n)
WORLD FINANCIAL NETWORK NATL
% WEINSTEIN AND RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE, WA  98121

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv